IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIA FALCONI-SACHS, *et. al.*<br>1329 North Caroline Ave, NE<br>Washington, DC 20002<br><br>PLAINTIFFS<br><br>vs.<br><br>LPF SENATE SQUARE, LLC, *et. al.*<br><br>DEFENDANTS | ) <br> ) <br> ) Judge Richard J. Leon<br> ) <br> ) Case No. 1:12-cv-01356-RJL<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

RECEIVED

SEP - 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Maia Falconi-Sachs moves for an order extending the time within which it may respond to Defendants LPF Senate Square, LLC and Bozzuto Management Company, LLC Motion to Dismiss, filed August 23, 2012, until September 21, 2012. In support of this motion Plaintiff states:

1. This the first motion for extension of time filed by the Plaintiff. There was one previous motion (filed as a "stipulation") to extend time filed by Defendant before this case was removed.

2. Additional time to respond is required because Plaintiff's counsel from the District of Columbia's Superior Court is not yet barred in this Court.

3. The granting of this motion for extension of time will changed the date of the Defendant's response to Plaintiff's opposition to the Motion to Dismiss to September 28, 2012.

4. Defendant's counsel asked Plaintiff that their response to Plaintiff's opposition be set on October 2, 2012, Plaintiff has stipulated to this change in date.

5. No party will be prejudiced by the brief extension requested. Defendant's counsel has consented to the extension.

6. This motion is not intended to waive either party's objection to the jurisdiction of this court.

WHEREFORE, we request that the court extend time to respond to Defendant's Motion to Dismiss to September 21, 2012.

## RULE 7(m) CERTIFICATION

Pursuant to Local Civil Rule 7(m), United States District Court for the District of Columbia, the undersigned has conferred with counsel for the Defendants who has no objection to the requested extension.

## MEMORANDUM OF LAW IN SUPPORT

As good cause has been shown for the extension of time requested herein, the time for the Plaintiff to file its opposition to Defendant's Motion to Dismiss should be extend until September 21, 2012. See Fed. R.Civ.P. 6(b)

Respectfully submitted,

_/s/ Maia Falconi-Sachs_

Maia Falconi-Sachs, *pro se.*

705 4th St. NW #403
Washington, DC 20001
(718) 344-6052

Date: ~~August~~ September 3, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th of September, 2012, a copy of the foregoing motion and proposed order was filed with the Clerk of the court and also served via first-class mail, postage pre-paid, upon:

David W. Kinkopf, Esq., and Hillary H. Arnaoutakis, Esq.,

Gallagher Evelius & Jones, LLP

The Park Charles

218 N. Charles St., Ste. 400,

Baltimore, MD, 21201

*Attorneys for Defendants*

[handwritten signature and address:]
Dimitri Jules-Joseph
705 7th St. NW #103
Washington, DC 20001
(718) 344-6052