IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIA FALCONI-SACHS, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 1:12-cv-01356 (RJL /JMF) |
| ) | |
| LPF SENATE SQUARE, LLC, *et al.* ) | |
| ) | |
| Defendants ) | |
| ) | |

### CONSENT WITHDRAWAL OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Plaintiff Maia Falconi-Sachs and Defendants LPF Senate Square, LLC and Bozzuto Management Company, by their undersigned attorneys, give notice that they have resolved Plaintiff's request for attorneys' fees. Plaintiff withdraws her Motion for Attorney's Fees in Accordance With 28 U.S.C. §1447(c) [Doc. 21].

Respectfully submitted,

/s Daniel Hornal
Daniel Hornal, Esq.
D.C Bar #1005381
Talos Law
705 4th Street, NW #403
Washington, DC 20001

*Attorneys for Plaintiff Maia Falconi-Sachs*

/s Hillary H. Arnaoutakis
Ward B. Coe III, Esq.
*Admitted pro hac vice*
David W. Kinkopf, Esq.
D.C. Bar No.: 453421
Hillary H. Arnaoutakis, Esq.
D.C. Bar No.: 983142
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore MD 21201

*Attorneys for Defendants LPF Senate Square, LLC and Bozzuto Management Company*

Date: September 25, 2013

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **25th** day of September, 2013, a copy of the foregoing Consent Withdrawal of Plaintiff's Motion for Attorney's Fees was served via CM/ECF upon the following counsel of record:

Daniel Hornal, Esq.
Talos Law
705 4th Street, NW #403
Washington, DC 20001
*Attorneys for Plaintiffs*

/s Hillary H. Arnaoutakis
Hillary H. Arnaoutakis

#464514                                    2