UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAIA FALCONI-SACHS, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 12-1356 (RJL/JMF) <br> ) |
| LPF SENATE SQUARE, LLC, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

**REPORT AND RECOMMENDATION**

This matter was referred for a determination of the attorney's fees due to the plaintiff Maia Falconi-Sachs in accordance with 28 U.S.C. § 1447(c). See Referral to Magistrate Judge [#28].[1] It appearing that the parties have resolved the dispute over attorney's fees and the plaintiff Maia Falconi-Sachs has withdrawn her Motion for Attorney's Fees in Accordance with 28 U.S.C. § 1447(c) [#21], see Consent Withdrawal of Plaintiff's Motion for Attorney's Fees [#30], the Court recommends that this matter be dismissed.

    **Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).**

**SO ORDERED.**

---

1 All references to statutory materials are to the electronic versions that appear in Westlaw and Lexis.

```
                                        _____
                                        JOHN M. FACCIOLA
                                        UNITED STATES MAGISTRATE JUDGE
```