UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAIA FALCONI-SACHS, et al., )
)
Plaintiffs, )
)
v. ) Civil Case No. 12cv1356 (RJL)
)
LPF SENATE SQUARE, LLC, et al., )
)
Defendants. )

**ORDER**
(October 22, 2013)

**FILED**
OCT 22 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Pending before the Court is Magistrate Judge Facciola's Report and Recommendation for the above-captioned case. On September 27, 2013, Magistrate Judge Facciola recommended that this matter be dismissed. Under Local Rule 72.3(b), the parties had fourteen days after being served with a copy of the Report and Recommendation to file written objections to the proposed recommendations. This Court has not received written objections from parties in the time that has elapsed since Magistrate Judge Facciola issued his Report and Recommendation.

Accordingly, for the reasons set forth in the Report and Recommendation, the lack of objection file thereto, and the entire record, it is, this 22nd day of October, hereby

ORDERED that the Report and Recommendation filed on September 27, 2013, in the above-captioned case is ADOPTED for the reasons set forth in the magistrate judge's report; and it is

ORDERED that the above-captioned case be dismissed with prejudice.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge